# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JASON CHRISTOPHER SHAFFETTE

VERSUS

CITY OF SLIDELL AND ST.
TAMMANY PARISH GOVERNMENT

NO. 2021 CW 0713

OCTOBER 5, 2021

---

In Re:    City of Slidell and St. Tammany Parish Government,
          applying for supervisory writs, 22nd Judicial District
          Court, Parish of St. Tammany, No. 201611791.

---

BEFORE:    WHIPPLE, C.J., PENZATO AND HESTER, JJ.

STAY DENIED; WRIT GRANTED IN PART WITH ORDER; DENIED IN
PART.    The trial court's May 26, 2021 judgment granting
plaintiff's, Jason Christopher Shaffette's, Motion for Leave to
File Second Supplemental and Amending Petition and ordering
plaintiff's Second Supplemental and Amending Petition filed into
the record of the trial court proceedings, and the portion of
the trial court's June 29, 2021 judgment granting plaintiff's
Motion to Confirm November 13, 2019 Judgment, are reversed.  The
trial court signed a judgment on September 10, 2019 dismissing
plaintiff's suit with prejudice.  Therefore, the trial court
lacked authority to subsequently allow the filing of a
supplemental and amending petition.  See **Templet v. Johns**, 417
So.2d 433, 434-35 (La. App. 1st Cir.), writ denied, 420 So.2d
981 (La. 1982); **Reno v. Perkins Engines, Inc.**, 98-1686 (La. App.
1st Cir. 9/24/99), 754 So.2d 1032, 1033, writ denied, 99-3058
(La. 1/7/00), 752 So.2d 863.  We also find the trial court was
divested of jurisdiction to allow the filing of plaintiff's
second supplemental and amending petition once the trial court
signed an order granting plaintiff a devolutive appeal on
October 21, 2020.  See **Jordan v. Willis-Knighton Med. Ctr.**,
40,564 (La. App. 2d Cir. 1/25/06), 920 So.2d 368.  Accordingly,
plaintiff's Motion for Leave to File Second Supplemental and
Amending Petition and Motion to Confirm November 13, 2019
Judgment are denied.  Furthermore, we find the trial court
abused its discretion by granting plaintiff's request to
continue the hearing on the Joint Motion to Dismiss Appeal filed
by defendants, the City of Slidell and St. Tammany Parish
Government, and therefore vacate the portion of the trial
court's June 29, 2021 judgment granting the continuance.  The
trial court is ordered to promptly hold a hearing and rule on
the motion to dismiss appeal, in accordance with La. Code Civ.
P. art. 2126.  In all other respects, the writ is denied.

**VGW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT